IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

QUINN EAKER                           §
                                      §
VS.                                   §        ACTION NO. 4:14-CV-515-Y
                                      §
TD AUTO, ET AL.                       §

ORDER DENYING APPLICATIONS AND SETTING DEADLINE FOR PAYMENT

Pending before the Court are Plaintiff's Applications for Leave to Proceed In Forma Pauperis (docs. 2, 7, and 11). The magistrate judge recommended that Plaintiff's initial applications be denied due to his failure to submit a sworn long-form application detailing his financial situation. Plaintiff objected to that recommendation, however, indicating that he could prove he was a pauper, so the Court granted him an extension of time to file the long-form application. After review of the sworn application, however, the Court concludes that Plaintiff's applications to proceed in forma pauperis should be and hereby are DENIED. Plaintiff indicates in his most-recent application that he has $1500 in both his savings and checking accounts. Additionally, he indicates that he feeds "40,000 FREE meals each year to those in need." As a result, it appears that Plaintiff has sufficient resources with which to pay the Court's filing fee.

It is, therefore, ORDERED that if Plaintiff desires to pursue his claims in this forum, Plaintiff shall pay the full filing fee no later than **September 29, 2014**, or his claims will be dismissed without prejudice.

SIGNED September 17, 2014.


TERRY R. MEANS
UNITED STATES DISTRICT JUDGE